HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-001-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WITHDRAW AND TO SUBSTITUTE CJA COUNSEL |
| SYTREL BUTLER, | ) | |
| Defendant. | ) | |

THE COURT, having considered the Motion to Withdraw and to Substitute CJA Counsel, the accompanying Ex Parte Declaration of Counsel, and the records and files in this case, and having conducted a hearing on this date, for the reasons set forth on the record,

IT IS NOW ORDERED that Assistant Federal Public Defender Corey Endo is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Sytrel Butler from the CJA panel. Ms. Endo shall remain counsel of record for defendant until successor counsel is appointed.

DATED this 7th day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
AND TO SUBSTITUTE COUNSEL
(*United States v. Butler*, CR18-001-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**